■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH HILL, JR., Appellant.— Motion for permission to appeal to the Court of

Appeals dismissed solely on jurisdictional grounds. Such an application must be made to a Judge of the Court of Appeals or a Justice of the Appellate Division in accordance with section 520 of the Code of Criminal Procedure. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.